UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                  Civil No.    2:18-cv-11848

vs.                                      Honorable:  Terrence G. Berg
                                      Magistrate Judge: Anthony P. Patti

EIGHTY-TWO THOUSAND THREE
HUNDRED DOLLARS ($82,300) IN
U.S. CURRENCY,

                    Defendant *In Rem*.
_____/

## CERTIFICATE OF SERVICE

        I hereby certify that on June 19, 2018 service was made by Paralegal Kristin

Saccucci upon the following individuals of the Complaint for Forfeiture, Warrants

of Arrest and Notice *in Rem,* and Certificate of Service via certified mail and first

class mail:

Christopher W. Quinn, II Esq.         Demond Leon Gibson
400 Monroe Street                    44864 Rivergate Drive
Detroit, MI 48226                    Clinton Township, MI 48038

Lamar D. Eddington
25640 Portico Lane
Novi, MI 48375

                                    s/Shankar Ramamurthy
                                    SHANKAR RAMAMURTHY
                                    Assistant United States Attorney
                                    211 W. Fort Street, Suite 2001
                                    Detroit, MI 48226-3211
                                    (313) 226-9562
                                    shankar.ramamurthy@usdoj.gov