## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018, Claimant Demond Gibson's Motion and Brief to Dismiss Plaintiff's Complaint for Forfeiture In Rem was filed with the Clerk of the Court using the CM/ECF system which will send electronic notifications of such filing to the following:

SHANKAR RAMAMURTHY
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226
(313)226-9562
Shankar.ramamurthy@usdoj.gov

By: /s/ Christopher W. Quinn, II
CHRISTOPHER W. QUINN, II (P69483)
Attorney for Claimant Demond Gibson
400 Monroe, Suite 290
Detroit, Michigan 48226
(313) 967-7847
Email: chris@winwithattorneyquinn.com